IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| YVETTE BAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCEAN 18 LLC, et al., )<br>)<br>Defendants. ) | Case No. 19-0606-CV-W-SRB |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's Motion for Remand (Doc. #12) is GRANTED, and this case is remanded to the Circuit Court of Jackson County.

October 10, 2019
Date

Paige Wymore-Wynn
Clerk of Court

/s/ Tracy L. Diefenbach
(by) Deputy Clerk